NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IGT,**

*Plaintiff – Appellee,*

v.

**ALLIANCE GAMING CORPORATION, BALLY GAMING INTERNATIONAL, INC., and BALLY GAMING, INC., (doing business as Bally Gaming & Systems),**

*Defendants – Appellants.*

---

11-1351

---

Appeal from the United States District Court for the District of Nevada in case no. 04-CV-1676, Judge Robert Clive Jones.

---

## O R D E R

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT

May 9, 2013                          <u>/s/ Jan Horbaly</u>
                                     Jan Horbaly
                                     Clerk


**ISSUED AS A MANDATE:** May 9, 2013


cc: Clerk's Office, United States District Court for the
District of Nevada
Brian Robert Matsui
Deanne Maynard
Kevin Alexander Smith